[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Ramsay*, Slip Opinion No. 2020-Ohio-6931.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6931

THE STATE OF OHIO, APPELLEE, *v*. RAMSAY, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Ramsay*, Slip Opinion No. 2020-Ohio-6931.]

*Court of appeals' judgment reversed on the authority of* State v. Patrick *and cause remanded.*

(No. 2020-0620—Submitted December 15, 2020—Decided December 31, 2020.)

APPEAL from the Court of Appeals for Medina County,

No. 19CA0016-M, 2020-Ohio-1203.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Patrick*, __ Ohio St.3d __, 2020-Ohio-6803, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DONNELLY, and STEWART, JJ., concur.

DEWINE, J., dissents and would dismiss the appeal as having been improvidently accepted.

_____

S. Forrest Thompson, Medina County Prosecuting Attorney, and Vincent V. Vigluicci, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Charlyn Bohland and Stephen P. Hardwick, Assistant Public Defenders, for appellant, Gavon N. Ramsay.

_____